UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENRIQUE RUIZ, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,<br><br>       Plaintiff,<br><br>     -against-<br><br>JHDHA, INC., WARDORP FOODS, INC., ANGEL'S SPOT INC., and ANGEL AMIGON,<br><br>       Defendants. | 23-CV-7896 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The Complaint in this action was filed on September 6, 2023. ECF No. 1. To date, Defendants have not appeared in this action. Accordingly, the initial pretrial conference scheduled for December 14, 2023, see ECF No. 7, is ADJOURNED *sine die*.

Dated: December 8, 2023
     New York, New York

                    SO ORDERED.

                    *Jessica Clarke*

                    JESSICA G. L. CLARKE
                    United States District Judge