UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENRIQUE RUIZ, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

                      Plaintiff,

-against-

JHDHA, INC., WARDORP FOODS, INC., ANGEL'S SPOT INC., and ANGEL AMIGON,

                      Defendants.

23-CV-7896 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment, with respect to the Defendants who have been served, *see* ECF Nos. 10–11, in accordance with the Court's Individual Rules and Local Rule 55 no later than **January 15, 2024**. With respect to the Defendants who have not been served, Plaintiff shall submit a letter to the Court by **December 22, 2023** showing good cause as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that those Defendants have been served, when and in what manner such service was made. Failure to timely comply with this order may result in dismissal for failure to prosecute.

Dated:  December 19, 2023
         New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*

                                              JESSICA G. L. CLARKE
                                              United States District Judge