UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Enrique Ruiz, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                          *Plaintiffs*,

      *- against -*

JHDHA, Inc., Wardorp Foods, Inc., Angel's Spot Inc., and Angel Amigon,

                          *Defendant*.
-----------------------------------------------------------------X

Case No.: 1: 23-cv-07896

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Plaintiff Enrique Ruiz, by and through the undersigned counsel, Levin-Epstein & Associates, P.C., hereby voluntarily dismisses this action as against Defendants Wardorp Foods, Inc., Angel's Spot Inc. without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: December 22, 2023
      New York, New York

                                      LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                      By: */s/ Jason Mizrahi*
                                           Jason Mizrahi, Esq.
                                           60 East 42nd Street, Suite 4700
                                           New York, New York 10165
                                           Tel: (212) 792-0048
                                           Email: Jason@levinepstein.com
                                           *Attorneys for Plaintiff*

**SO ORDERED:**

_/s/ Jessica Clarke_____
U.S.D.J.

___December 26, 2023_____
Dated