UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Enrique Ruiz

                    **Plaintiff(s),**

            **- against -**

JHDHA, Inc., and Angel Amigon

                    **Defendant(s),**
-------------------------------------------------------------X

23 Civ. 07896 (JGL)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 9/6/2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) JHDHA, Inc. by personally serving Sue Zouky, and proof of service was therefore filed on 12/8/2023, Doc. #(s) 11.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

       January 16, 20 24

                                            **RUBY J. KRAJICK**
                                              **Clerk of Court**

                                By: *[signature]*
                                            **Deputy Clerk**