UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Enrique Ruiz

                **Plaintiff(s),**

           **- against -**

JHDHA, Inc., and Angel Amigon

                **Defendant(s),**
------------------------------------------------------------X

    23 Civ. 07896 (JGL)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 9/6/2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Angel Amigon by personally serving Jose Doe (Co-Worker), and proof of service was therefore filed on 12/8/2023, Doc. #(s) 10.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      January 16, 20 24

                                      RUBY J. KRAJICK
                                      Clerk of Court

                                By: *[signature]*
                                        **Deputy Clerk**