

**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

February 6, 2024

<u>**VIA ECF**</u>
The Honorable Jessica G. L. Clarke, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re: *Ruiz et al v. JHDHA, Inc. et al*
        <u>**Case No.: 1:23-cv-07896-JGLC**</u>

Dear Honorable Judge Clarke:

 This law firm represents Plaintiff Enrique Ruiz (the "Plaintiff") in the above-referenced matter.

 Pursuant to Your Honor's Individual Motion Practice Rules[1], this letter respectfully serves to request an extension of time to file Plaintiff's Motion for Default Judgment as against Defendants JHDHA, Inc. and Angel Amigon (together, the "Defendants") from February 6, 2024 to, through and including, March 6, 2024.

 This is the second request of its kind. If granted, this request would not affect any other Court-scheduled deadlines.

 The basis for this request is that the undersigned law firm is in the process of gathering information from Plaintiff in support of Plaintiff's Motion for Default Judgment.

 In light of the foregoing, Plaintiff respectfully requests an extension of time to file Plaintiff's Motion for Default Judgment as against Defendants from February 6, 2024 to, through and including, March 6, 2024.

 Thank you, in advance, for your time and attention to this matter.

The deadline for Plaintiff to file the motion for default judgment, *see* ECF No. 23, is hereby EXTENDED to March 6, 2024.

Dated: February 7, 2024
   New York, New York

SO ORDERED.

*[signature]*

JESSICA G. L. CLARKE
United States District Judge

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
   Jason Mizrahi, Esq.
   60 East 42nd Street, Suite 4700
   New York, New York 10165
   Tel. No.: (212) 792-0048
   Email: Jason@levinepstein.com
   *Attorneys for Plaintiff*

VIA ECF: All Counsel

---

[1] The undersigned respectfully wishes to apologies for the slight delay in making the instant application.

1