UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Enrique Ruiz, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                *Plaintiff*,

        - against -

JHDHA, Inc., Wardorp Foods, Inc., Angel's Spot Inc. and Angel Amigon,

                                *Defendants*.
----------------------------------------------------------------X

Case No.: 23-cv-07896

Hon. Jessica G. L. Clarke, U.S.D.J.

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated April 8, 2024, together with the Affidavit of Enrique Ruiz (the "Ruiz Aff."), and the Declaration of Jason Mizrahi (the "Mizrahi Decl."), and the exhibits annexed thereto, Plaintiff Enrique Ruiz ("Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., will move this Court, for an order: (i) entering default judgment against Defendants JHDHA, Inc., (the "Corporate Defendant"), and Angel Amigon (the "Individual Defendant", and together with the Corporate Defendant, the "Defendants") pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b), together with such other relief as this Court deems just and proper;

      PLEASE TAKE FURTHER NOTICE that answering and reply papers, if any, must be served by such date that the Court may order.

Dated: New York, New York
          April 8, 2024

                                            **LEVIN EPSTEIN & ASSOCIATES, P.C.**

                                            By:    /s/ Jason Mizrahi
                                                     Jason Mizrahi, Esq.
                                                     60 East 42nd Street, Suite 4700
                                                     New York, NY 10165
                                                     Tel. No.: (212) 792-0048
                                                     Email: jason@levinepstein.com
                                                     *Attorneys for Plaintiff*

Cc:    All parties via ECF