UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENRIQUE RUIZ, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

           Plaintiff,

-against-

JHDHA, INC. and ANGEL AMIGON,

           Defendants.

23-CV-7896 (JGLC)

**ORDER TO SHOW CAUSE REGARDING DEFAULT JUDGMENT**

---

JESSICA G. L. CLARKE, United States District Judge:

On April 8, 2024, Plaintiff filed a motion for a default judgment with respect to Defendants JHDHA, Inc. and Angel Amigon under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 28.

It is hereby ORDERED that Defendants JHDHA, Inc. and Angel Amigon shall respond to the Court in writing to this Order to Show Cause no later than **April 22, 2024** as to why an order should not be issued granting a default judgment against Defendants. If Defendants fail to respond by that date, judgment may be entered against them.

It is further ORDERED that Plaintiff serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **April 9, 2024** and file proof of such service on the docket no later **April 10, 2024**.

        SO ORDERED.

Dated: April 10, 2024
       New York, New York

                                                    *Jessica Clarke*
                                                  JESSICA G. L. CLARKE
                                                  United States District Judge