**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
ENRIQUE RUIZ, individually and on behalf of
others similarly situated,

                     Plaintiff,

                                                                  23 **CIVIL** 7896 (JGLC)

        -against-                                    **DEFAULT JUDGMENT**

JHDHA, INC., WARDORP FOODS, INC.,
ANGEL'S SPOT INC., and ANGEL AMIGON,

                     Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated December 11, 2024, the Court GRANTS default judgment against Defendants JHDHA, Inc. and Angel Amigon for (1) minimum wage and overtime violations under the FLSA; (2) minimum wage and overtime violations under the NYLL; and (3) spread-of-hours pay violations under the NYLL. Plaintiff shall be awarded $8,610.07 in unpaid wages, $8,610.07 in liquidated damages, $1,414.04 in prejudgment interest, and $7,742.70 in attorneys' fees and costs.

**DATED**: New York, New York
             February 21, 2025

                                                          **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                                         **BY:** _____
                                                           **Deputy Clerk**